UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDALE SUNSHYNE COMBEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:16-cv-00697-RLY-MJD |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

Plaintiff, Brandale Sunshyne Combest, seeks judicial review of the Commissioner's decision to deny her application for disability insurance benefits and supplemental security income. The court referred the matter to the Magistrate Judge, who issued his Report and Recommendation. The Magistrate Judge concluded that the ALJ's findings are supported by substantial evidence, and therefore recommended that the decision denying benefits be upheld. Neither party objects. Consequently, the court reviews the Report and Recommendation for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). After reviewing the record, the ALJ's decision, and the Report and Recommendation, this court is satisfied that the Magistrate Judge did not commit clear error.

Therefore, the court **ADOPTS** the Report and Recommendation (Filing No. 23) and **AFFIRMS** the decision of the ALJ.

**SO ORDERED** this 5th day of April 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

2