UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDALE SUNSHYNE COMBEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:16-cv-00697-RLY-MJD |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

Consistent with the Order issued this day, the court now enters final judgment in favor of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, and against Brandale Sunshyne Combest, Plaintiff.

**SO ORDERED** this 5th day of April 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.